**Order entered January 11, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01272-CV

## IN RE LA ENERGIA NORTENA, LLC, ADRIAN ZAMARRIPA, HUMBERTO NOVOA, AND AZTECA RECORDS, LLC, Relators

### Original Proceeding from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-22-03103

### ORDER
Before Justices Nowell, Goldstein, and Breedlove

In this original proceeding, relators seek a writ of mandamus compelling the trial court to vacate an abatement order. This order was signed by the Honorable Kristina Williams, whose term expired on December 31, 2022.

Rule 7.2(b) requires us to abate this proceeding to allow the successor judge, the Honorable Maria Aceves, to reconsider the challenged order. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Accordingly, we **ABATE** this original proceeding.  This case is removed from the Court's active docket until further order of this Court.  We **ORDER** the parties to file a status report with this Court within **TEN DAYS** of any ruling by the successor judge required by rule 7.2(b).

/s/    ERIN A. NOWELL
        JUSTICE